


UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA STURM | : | NO.: 3:03CV0666 (AWT) |
| v. | : | |
| ROCKY HILL BOARD OF EDUCATION | : | SEPTEMBER 26, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the defendant, **ROCKY HILL BOARD OF EDUCATION**, hereby moves the Court for an enlargement of time of thirty (30) days, from the date of the Court's entry of an order granting the parties' Case Management Plan, in which to answer, object or otherwise respond to Plaintiff's First Set of Interrogatories and Production Requests dated July 29, 2003. The defendants request that additional time will be necessary to coordinate the information required to prepare an appropriate response. Due to scheduling and because the defendant operates on a skeleton crew during the summer months, the defendants have not been able to coordinate the requested information.

The undersigned has contacted Attorney Gary Phelan, counsel for the plaintiff, and has not been advised that the plaintiff has any objection to the granting of this motion. The defendant has sought one prior enlargement of time to respond to this discovery request.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   10/18/03

ORAL ARGUMENT IS NOT REQUESTED