FILED

2004 JAN 16 P 2: 10

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA STURM | | CIVIL ACTION NO. |
| | Plaintiff, | |
| v. | | 3:03CV0666 (AWT) |
| ROCKY HILL BOARD OF EDUCATION | | |
| | Defendant. | JANUARY 15, 2004 |

## PLAINTIFF'S COMPLIANCE WITH DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

The plaintiff, in response to the defendant's Motion for a More Definite Statement relating to the Fourth Count of the Complaint, which the Court granted on September 15, 2003, provides an Amended Complaint which specifically identifies the defamatory statements made by the defendants.

THE PLAINTIFF,

LINDA STURM

By_____*Gary Phelan*_____

Gary Phelan (ct 03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

## CERTIFICATION

I certify that a copy of the foregoing was mailed, first-class postage prepaid, on January 15, 2004, to:

Michael J. Rose, Esq.
Martha Shaw, Esq,
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan