UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA STURM | : NO.: 3:03CV0666 (AWT) |
| v. | : |
| ROCKY HILL BOARD OF EDUCATION | : FEBRUARY 4, 2004 |

## MOTION TO DISMISS

The defendant, Rocky Hill Board of Education, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss this matter with prejudice as the complaint fails to state a claim upon which relief can be granted. As is more particularly set forth in the attached Memorandum of Law, the plaintiff fails to state a claim under:

(1) The First and Second Counts of her complaint, because her speech, as alleged in her complaint, is not protected by the First Amendment or by the corresponding provisions of the Connecticut state constitution;

(2) The Third Count of her complaint, because she fails to set forth an allegation of "disability" in accordance with Section 504 of the Disability Act;

(3) The Fourth Count of her complaint, because she has failed to plead the requisite elements of the common law torts of Defamation and False light; because the defendant is protected by the defense of governmental immunity from any liability for the intentional torts of Defamation and False Light; and because C.G.S. § 31-128f does not apply to public employees; and

ORAL ARGUMENT IS REQUESTED

(4) The Fifth Count of her complaint, because the plaintiff has failed to satisfy the pleading requirements for the common law claim of Wrongful Discharge.

WHEREFORE, the defendant requests that the Court grant its Motion to Dismiss.

                        DEFENDANT,
                        ROCKY HILL BOARD OF EDUCATION

By _____
   Eric D. Eddy [ct25242]
   Michael J. Rose [ct14803]
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  eeddy@hl-law.com
   E-Mail:  mrose@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 4th day of February, 2003.

Gary Phelan, Esquire
Tanya Wolanic, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT  06110

                                              Eric D. Eddy