# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA STURM

v.

ROCKY HILL BOARD
OF EDUCATION

APPEARANCE   FILED

CASE NUMBER: 3:03CV0666 (AWT)

U.S. DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

LINDA STURM

February 26, 2004
Date

CT  03670
Connecticut Federal Bar Number

(860) 313-5005
Telephone Number

(860) 313-5350
Fax Number

_____
E-mail address

_____
Signature

Gary Phelan
Print Clearly or Type Name

Corporate Center West
Address

433 South Main Street, Suite 117

West Hartford, CT 06110

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Martha Shaw
Michael J. Rose
Eric D. Eddy
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001