# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA STURM

v.

ROCKY HILL BOARD
OF EDUCATION

APPEARANCE

CASE NUMBER:    3:03CV0666 (AWT)

FILED

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

LINDA STURM

2/19/04
Date

CT 23326
Connecticut Federal Bar Number

(860) 313-5005
Telephone Number

(860) 313-5350
Fax Number

_____
E-mail address

_____
Signature

Tammy Marzigliano
Print Clearly or Type Name

Corporate Center West
Address
South Main Street, Suite 117

West Hartford, CT 06110

### CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

> Martha Shaw
> Michael J. Rose
> Eric D. Eddy
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, CT 06114

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001