# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

------------------------------------------------- X
LINDA STURM,                          :    CIVIL ACTION NO:

                        Plaintiff,    :    3:03CV0666 (AWT)

v.                                    :

ROCKY HILL BOARD OF EDUCATION         :

                        Defendant.    :    FEBRUARY 26, 2004
------------------------------------------------- X

## PLAINTIFF'S UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS

The plaintiff, Linda Sturm, moves to extend the deadline to respond to the defendant's Motion to Dismiss from February 25, 2004 to March 10, 2004. This is the plaintiff's first request for an extension of the deadline to respond. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's motion for a two-week extension.

The plaintiff requests an extension because Tanya Wolanic, the associate who had been primarily handling the case, left the firm to accept a position with the law firm of Jackson Lewis and started in her new position on February 2, 2004. Although the undersigned counsel has hired a new associate, Tammy Marzigliano, who started on February 19, 2004, she has been unable to complete the brief in opposition to the defendant's motion, while simultaneously taking over Attorney Wolanic's entire case load.

Extension GRANTED, nunc pro tunc, to and including March 10, 2004. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT    3/4/04