UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 17 P 12:08
US DISTRICT COURT
HARTFORD CT.

------------------------------------------------- X
LINDA STURM,                    :    CIVIL ACTION NO.
                                :
           Plaintiff,           :    3:03CV0666 (AWT)
                                :
v.                              :
                                :
ROCKY HILL BOARD OF EDUCATION   :
                                :    MARCH 16, 2004
           Defendant.           :
------------------------------------------------- X

**PLAINTIFF'S SECOND UNOPPOSED MOTION NUNC PRO TUNC FOR AN EXTENSION TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS**

The plaintiff, Linda Sturm, moves, nunc pro tunc, to extend the deadline to respond to the defendant's Motion to Dismiss from March 10, 2004 to April 2, 2004. This is the plaintiff's second request for an extension of the deadline to respond. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's second motion for an extension.

The plaintiff had delayed filing the brief after the parties decided to explore whether they could resolve the case. Despite the parties' efforts, they were unable to settle the case. Plaintiff's counsel will be in California from March 22-29, 2004 to attend and speak at the Mid-Winter Meeting of the American Bar Association Labor and Employment Section's EEO Committee. Although the undersigned's new associate, Tammy Marzigliano, has started drafting the Plaintiff's brief in opposition to the Motion to Dismiss, the undersigned counsel will be unable to review the brief until after he returns on March 29, 2004.

Extension GRANTED, nunc pro tunc, to and including April 2, 2004.
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/27/04

FILED 2004 MAR 27 P 4:08 US DISTRICT COURT