FILED

2004 APR 14 A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA STURM | NO.: 3:03CV0666 (AWT) |
| v. | |
| ROCKY HILL BOARD OF EDUCATION | APRIL 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Rocky Hill Board of Education, hereby moves for a two-week enlargement of time to respond to the plaintiff's memorandum of law in opposition to the defendant's motion to dismiss. The defendant filed its motion to dismiss on February 4, 2004. The plaintiff filed its opposition brief on April 2, 2004, after requesting an enlargement of time without objection from the defendant. Counsel for the defendant was on vacation from March 31st to April 12th, and therefore has not had a chance to review plaintiff's opposition brief until his return on the same above date. The defendant now requests an additional two weeks to reply to the plaintiff's substantial, 34-page memorandum. The defendant has contacted the plaintiff, and the plaintiff has no objection to this motion.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
ROCKY HILL BOARD OF EDUCATION

By _____
Eric D. Eddy [ct25242]
Michael J. Rose [ct14803]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: eeddy@hl-law.com
E-Mail: mrose@hl-law.com

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 12th day of April, 2004.

Gary Phelan, Esquire
Tammy Marzigliano, Esquire
Gary Phelan, L.L.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT 06110

_____
Eric D. Eddy