FILED
2004 APR 14 A II: 13
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA STURM | : | NO.: 3:03CV0666 (AWT) |
| v. | : | |
| ROCKY HILL BOARD OF EDUCATION | : | APRIL 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Rocky Hill Board of Education, hereby moves for a two-week enlargement of time to respond to the plaintiff's memorandum of law in opposition to the defendant's motion to dismiss. The defendant filed its motion to dismiss on February 4, 2004. The plaintiff filed its opposition brief on April 2, 2004, after requesting an enlargement of time without objection from the defendant. Counsel for the defendant was on vacation from March 31st to April 12th, and therefore has not had a chance to review plaintiff's opposition brief until his return on the same above date. The defendant now requests an additional two weeks to reply to the plaintiff's substantial, 34-page memorandum. The defendant has contacted the plaintiff, and the plaintiff has no objection to this motion.

Extension GRANTED, nunc pro tunc, to and including April 26, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   04/16/04

ORAL ARGUMENT IS NOT REQUESTED