UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA STURM | : | NO.: 3:03CV0666 (AWT) |
| | : | |
| v. | : | |
| | : | |
| ROCKY HILL BOARD OF EDUCATION | : | APRIL 28, 2004 |

**REQUEST FOR PERMISSION TO FILE OVERLONG BRIEF
IN REPLY TO THE PLAINTIFF'S OPPOSITION TO
MOTION TO DISMISS**

  The defendant, Rocky Hill Board of Education, hereby requests permission to file an overlong brief in reply to the plaintiff's opposition to the defendant's motion to dismiss. The plaintiff's 34-page opposition brief contains a detailed, and lengthy statement of facts. In order to reply to the plaintiff's motion, the defendant must incorporate these facts into its memorandum, and address each of the plaintiff's factual scenarios in its responsive arguments.

  Furthermore, the plaintiff's reply addresses multiple causes of action and theories of law. These include:

1.  A First Amendment claim, pursuant to 42 U.S.C. § 1983;
2.  A claim pursuant to C.G.S. §31-51q;
3.  A retaliation claim pursuant to Section 504 of the Rehabilitation Act;
4.  A claim for common law Defamation;
5.  A claim for common law False Light/Invasion of Privacy; and
6.  A claim for Wrongful Discharge.

ORAL ARGUMENT IS NOT REQUESTED

Additionally, as the defendant is a municipality, the plaintiff's arguments include a Monell v. Dep't of Soc Services claim.  The inclusion of a Monell-style claim is tantamount to bringing a second action, and again necessitates a proportionately longer reply from the defendant.

Many of these claims, particularly the plaintiff's First Amendment claim, involve a complicated, and fact-specific legal analysis.  The plaintiff's brief accordingly consists of a detailed analysis, involving numerous citations to legal precedent.  Many of these cases either do not provide any guidance in the present matter, or, in fcat, support the defendant's position.  The defendant is now compelled to distinguish these decisions in order to provide an effective reply.

WHEREFORE, the defendant respectfully requests that this Court permit it to file an overlong reply brief of 27-pages in length.

          DEFENDANT,
          ROCKY HILL BOARD OF EDUCATION


          By_____
            Eric D. Eddy  [ct25242]
            Michael J. Rose [ct14803]
            Howd & Ludorf
            65 Wethersfield Avenue
            Hartford, CT  06114
            Phone:  (860) 249-1361
            Fax:  (860) 249-7665
            E-Mail:  eeddy@hl-law.com
            E-Mail:  mrose@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 28th day of April, 2004.

Gary Phelan, Esquire
Tammy Marzigliano, Esquire
Gary Phelan, L.L.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

                                               _____
                                               Eric D. Eddy