

FILED
2004 APR 29 A 10: 52
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA STURM | : | NO.: 3:03CV0666 (AWT) |
| v. | : | |
| ROCKY HILL BOARD OF EDUCATION | : | APRIL 28, 2004 |

### REQUEST FOR PERMISSION TO FILE OVERLONG BRIEF IN REPLY TO THE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

The defendant, Rocky Hill Board of Education, hereby requests permission to file an overlong brief in reply to the plaintiff's opposition to the defendant's motion to dismiss. The plaintiff's 34-page opposition brief contains a detailed, and lengthy statement of facts. In order to reply to the plaintiff's motion, the defendant must incorporate these facts into its memorandum, and address each of the plaintiff's factual scenarios in its responsive arguments.

Furthermore, the plaintiff's reply addresses multiple causes of action and theories of law. These include:

1. A First Amendment claim, pursuant to 42 U.S.C. § 1983;
2. A claim pursuant to C.G.S. §31-51q;
3. A retaliation claim pursuant to Section 504 of the Rehabilitation Act;
4. A claim for common law Defamation;
5. A claim for common law False Light/Invasion of Privacy; and
6. A claim for Wrongful Discharge.

**GRANTED. It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT    4/30/04

ORAL ARGUMENT IS NOT REQUESTED