**OUTTEN & GOLDEN LLP**

Gary Phelan (CT 03670)
Tammy Marzigliano (CT 23326)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203) 363-7888
Fax: (203) 363-0333

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**
-------------------------------------------------------x

| | |
|---|---|
| **LINDA STURM,** | Civil Action No. 3:03CV0666 (AWT) |
| **Plaintiff,** | |
| - against - | |
| **ROCKY HILL BOARD OF EDUCATION,** | |
| **Defendant.** | |

-------------------------------------------------------x

## JOINT MOTION TO STAY DISCOVERY UNTIL THE COURT RULES ON THE DEFENDANT'S MOTION TO DISMISS

The parties respectfully request that the Court stay discovery until the Court has ruled on the Defendant's pending Motion to Dismiss. The Defendant filed its Motion to Dismiss on February 4, 2004. The Plaintiff filed its Opposition to Defendant's Motion to Dismiss on April 2, 2004. Under the parties' Form 26(f) Planning Report, all discovery, including depositions of expert witnesses pursuant to Fed. Civ. Proc. 26(b)(4), was to be completed by October 1, 2004. However, the parties believe that it would be more cost efficient if the court stayed the discover deadline until four (4) months after the

court rules on the pending Motion to Dismiss. This is the first request by either party to extend the discovery deadline.

Dated: Stamford, Connecticut
       September 16, 2004

                                                 Respectfully submitted,

| OUTTEN & GOLDEN LLP | HOWD & LUDORF |
|---|---|
| By: /s/ Tammy Marzigliano | By: /s/ Martha Shaw |
| Gary Phelan (CT 03670) | Martha Shaw (CT 12855) |
| Tammy Marzigliano (CT 23326) | Howd & Ludorf |
| Outten & Golden LLP | 65 Wethersfield Avenue |
| Four Landmark Square, Suite 201 | Hartford, CT 06114 |
| Stamford, CT 06901 | (860) 249-1361 |
| (203) 363-7888 | Fax: (860) 249-7665 |
| Fax: (203) 363-0333 | |