```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

LINDA STURM,                          :
                                      :
             Plaintiff,               :   CASE NO.  3:03CV666 (AWT)
v.                                    :
                                      :
ROCKY HILL BOARD OF EDUCATION,        :
                                      :
             Defendant.               :

**ENDORSEMENT ORDER**

The parties' Joint Motion to Stay Discovery until the Court Rules on the Defendant's Motion to Dismiss (Doc. No. 30) is hereby GRANTED, <u>nunc pro tunc</u>.  Discovery shall be completed by July 29, 2005.

It is so ordered.

Dated this 8th day of April 2005, at Hartford, Connecticut.

                                           _____/s/_____
                                          Alvin W. Thompson
                                     United States District Judge