UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA STURM | : NO.: 3:03CV0666 (AWT) |
| | : |
| v. | : |
| | : |
| ROCKY HILL BOARD OF EDUCATION | : JUNE 22, 2005 |

### STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties hereto, through counsel for the Plaintiff, LINDA STURM, and counsel for the Defendant, ROCKY HILL BOARD OF EDUCATION, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court.

| | |
|---|---|
| PLAINTIFF, LINDA STURM | DEFENDANT, ROCKY HILL BOARD OF EDUCATION |
| By: _____ Gary Phelan (ct03670) Outten & Golden LLP Four Landmark Square, Suite 201 Stamford, CT 06901 (203) 363-7888 (203) 363-0333 - FAX GP@outtengolden.com | By: _____ Martha A. Shaw (ct12855) Howd & Ludorf, LLC 65 Wethersfield Avenue Hartford, CT 06114 (860) 249-1361 (860) 249-7665 - FAX Mshaw@hl-law.com |

ORAL ARGUMENT IS/IS NOT REQUESTED