

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA STURM | NO.: 3:03CV0666 (AWT) |
| v. | |
| ROCKY HILL BOARD OF EDUCATION | JUNE 22, 2005 |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties hereto, through counsel for the Plaintiff, LINDA STURM, and counsel for the Defendant, ROCKY HILL BOARD OF EDUCATION, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court.

PLAINTIFF,
LINDA STURM

By: _____
Gary Phelan (ct03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203) 363-7888
(203) 363-0333 - FAX
GP@outtengolden.com

DEFENDANT,
ROCKY HILL BOARD OF
EDUCATION

By: _____
Martha A. Shaw (ct12855)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 - FAX
Mshaw@hl-law.com

ORAL ARGUMENT IS/IS NOT REQUESTED

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   6/29/05